IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.       12-621-SCW |
| | ) | |
| JEFFREY WATTS and | ) | |
| JOSHUA DYCUS, | ) | |
| | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States

Magistrate Judge Stephen C. Williams  on October 5, 2012 (Doc. 40) the above-captioned action is

**DISMISSED** with prejudice.


**Dated:**   October 5, 2012


                                        Nancy J. Rosenstengel, CLerk of Court

                                        By:     s/Angie Vehlewald
                                                    Deputy Clerk


**Approved: s/Stephen C. Williams**

              Stephen C. Williams
              United States Magistrate Judge