
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   12-621-SCW |
| | ) | |
| JEFFREY WATTS and | ) | |
| JOSHUA DYCUS, | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on October 5, 2012 (Doc. 40) the above-captioned action is **DISMISSED** with prejudice.

**Dated:**   October 5, 2012

Nancy J. Rosenstengel, CLerk of Court

By:   s/Angie Vehlewald
            Deputy Clerk

Approved: s/Stephen C. Williams
            Stephen C. Williams
            United States Magistrate Judge